# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132757

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BALINDA MARIE DAVIS,
      Defendant-Appellant.

SC: 132757
COA: 273564
Eaton CC: 04-020443-FH,
  05-020408-FH

_____/

      On order of the Court, the application for leave to appeal the November 14, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

d0319